FILED ___ LODGED
___ RECEIVED

JUN 2 2 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                                    DEPUTY

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM LEE FALKNER,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No.  MJ26-5148

WAIVER OF PRELIMINARY
HEARING

I am a defendant charged in this case. My attorney has explained to me my right to have a preliminary hearing and the purpose of that proceeding. I understand that I have the right to testify at the preliminary hearing and that, if I wish, I may call other witnesses on my behalf. I also understand that I may waive the preliminary hearing. The fact of such waiver cannot be used against me. I understand that if I waive the preliminary hearing, my case will be bound over for further proceedings in the District Court, and any bond I have signed in this case remains in full force and effect.

I waive my right to a preliminary hearing.

DATED this 22nd day of June, 2026.

_____

Presented by:

s/ Rebecca Fish
Assistant Federal Public Defender

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

WAIVER OF PRELIMINARY HEARING - 1